NATHAN KLEIN v. DELACROIX REALTY CORPORATION, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

MABEL FENTRESS SOBEL v. LEON SOBEL.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

LEO EISEMANN and Another v. FORTUNATA MASTROBUONO.— Motion granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, Merrell, O'Malley and Sherman, JJ.

In the Matter of the Application of HANNAH KATZ for Payment of Award for Damage Parcels Nos. 1 and 2 in the Proceeding Entitled "North Side of Mace Avenue, between Fish and Seymour Avenues, Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes, According to Law." — Reference ordered to Hon. Alfred R. Page, official referee. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BENJAMIN DEUTSCH, on Behalf of Himself and All Other Stockholders of FINANCIAL INVESTING COMPANY OF NEW YORK, LIMITED, Similarly Situated, v. FINANCIAL INVESTING COMPANY OF NEW YORK, LIMITED, Impleaded with Others. — Motion denied and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

FREED FLOORING CO., INC., Appellant, v. ESPLANADE GARDENS, INC., and Others, Defendants, Impleaded with ABRAHAM DREIER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

FRANCES CASSANO, an Infant, by MARY LETO, Her Guardian ad Litem, Respondent, v. AVENUE A PROPERTY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; Merrell and Martin, JJ., dissent and vote for reversal and a new trial unless plaintiff stipulates to reduce verdict to $1,000.

CLINTON BURNS, Respondent, v. FELIX LOPEZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy and Martin, JJ.

ISIDOR ECKER, Respondent, v. WALTON-MANHATTAN CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BENN RIGEL LUMBER AND SUPPLY CORPORATION, Respondent, v. PSATY & FUHRMAN, INC., and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

FRANK CAPRICE, Respondent, v. ECONOMY ESTATES, INC., Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; Merrell and Martin, JJ., dissent and vote for affirmance, on the ground there is no triable issue in the case.

SIMON BENJAMIN, Respondent, v. JACOB KLEIN, Appellant, Impleaded with Another. (Action A.) — Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.